PS8
(8/88)

# UNITED STATES DISTRICT COURT
for

## NEW MEXICO

U.S.A. vs Lucas Paez

Docket No. **10CR2602-001 BB**

Petition for Action on Conditions of Pretrial Release

COMES NOW **Sandra Avila-Toledo** - PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Lucas Paez** who was placed under pretrial release supervision by the Honorable **Alan C. Torgerson, United States Magistrate Judge**, sitting in the court at **Albuquerque, New Mexico**, on August 19, 2010 with conditions which included the following:

1. (7) Released to the third-party custody of *La Pasada Halfway House, ;*

2. (8)(m) Reside at the Halfway House, *La Pasada, Albuquerque, New Mexico*, and follow all program requirements;

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On November 26, 2010, at approximately 18:42, LaPasada Halfway House Staff conducted a facility check. A search of the facility was conducted and it was determined that the defendant was not at the facility. The defendant's current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **November 26, 2010**

Sandra Avila-Toledo
**United States Probation Officer**

Place: **Albuquerque, New Mexico**