IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                               CRIM. NO. **10-2602 BB**
                                                  MAG. NO.

**LUCAS PAEZ,**

      **Defendant.**

## O R D E R

**THIS MATTER** is before the Court for hearing, the defendant admits the violation and the Court finds that the Defendant violated his conditions of release, and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby REVOKED; and that the Defendant Lucas Paez, be remanded to the custody of the U.S. Marshal pending final disposition in this matter.

                                                                _____
                                                                **LORENZO F. GARCIA**
                                                                **US MAGISTRATE JUDGE**