IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 10-2602 MCA |
| | ) | |
| **LUCAS PAEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE
SENTENCING SCHEDULED ON NOVEMBER 1, 2012**

The United States of America moves this Court for an Order continuing defendant Lucas Paez' Sentencing currently set for November 1, 2012 at 3:30 p.m., and as grounds therefor, submits the following:

1. On October 9, 2012, defendant filed *ex parte* Objections to his Pre-sentence Report (PSR). See Doc. 140.

2. Upon information and belief, the United States Probation Office recently filed an Addendum to defendant's PSR in response to those objections.

3. The government will be filing its own response to defendant's objections on October 24, 2012.

4. Both parties will also be filing sentencing memoranda to aid the Court.

5. Defendant's numerous objections to his PSR will require the government to present lengthy testimony at defendant's sentencing hearing. This testimony will consist of, *inter*

*alia*, the presentation of wiretap evidence. Additionally, the government may be required to produce one or more individuals who are currently in the custody of the Bureau of Prisons.

6. Due to the anticipated lengthy presentation of evidence at defendant's sentencing hearing, the government requests a modest continuance in order for the government to secure its witness(es) and prepare the necessary wiretap evidence.

7. Amy Sirignano, counsel for defendant, does not oppose this motion and joins in the requested relief.

8. Accordingly, in an effort to resolve defendant's numerous objections in an efficient manner, the parties request that the November 1, 2012 be continued.

**WHEREFORE,** the United States respectfully requests that this Court continue the defendant's sentencing currently set for 3:30 p.m. on November 1, 2012.

    Respectfully submitted,

    KENNETH J. GONZALES
    United States Attorney

    *Electronically filed on October 23, 2012*

    JOEL R. MEYERS
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274

# CERTIFICATE OF SERVICE

   I hereby certify that on October 23, 2012, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.


*Electronically filed*

    /s/
_____
Joel R. Meyers
Assistant United States Attorney