IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                            Case No.: 10-CR-2602-1 MCA

LUCAS PAEZ,

    Defendant.

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Amy Sirignano, Esq., of the Law Office of Amy Sirignano, PC, co-counsel for Mr. Paez, and respectfully moves to withdraw as counsel of record in the above-captioned case. The basis for this motion is as follows.

Effective May 1, 2014, Ms. Sirignano is closing her law practice and moving out of the State of New Mexico. Ms. Sirignano will be unavailable to represent Mr. Paez.

Granting this motion will not leave Mr. Paez without counsel. Mr. Joseph N. Riggs, III, is also co-counsel of record for Mr. Paez, and will remain as counsel for Mr. Paez (Docs. 114 and 115) through sentencing.

WHEREFORE, because Ms. Sirignano will no longer be practicing law in New Mexico, and because Mr. Paez will continue to be adequately represented by Mr. Riggs, she respectfully requests that she be permitted to withdraw as counsel for Mr. Paez.

Respectfully Submitted,

   /s                        
Amy Sirignano, Esq.
Law Office of Amy Sirignano, PC
20 First Plaza NW, Suite 310
Albuquerque, New Mexico 87102
(505) 242-2770
(505) 242-2774 facsimile
amy@abqnmlaw.com

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF system to counsel for Mr. Paez, Joseph N. Riggs, III, and counsel for the government, AUSA Joel Myers, on this 10th day of April, 2014.

   /s                        
Amy Sirignano, Esq.