IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                          CRIMINAL NO. 10-2602 MCA

LUCAS PAEZ,

    Defendant.

## **ORDER**

THIS MATTER having come before the Court upon the United States' Motion to Dismiss Counts Three through 10 o of the above-referenced Indictment, and the Court being fully advised in the premises, finds that the motion should be granted.

NOW THEREFORE, it is hereby ordered that Counts Three through 10 of the above-referenced Indictment are hereby dismissed.

Dated this 26th day of June 1014

                                                                     _____
                                                                     M. CHRISTINA ARMIJO
                                                                       CHIEF UNITED STATES DISTRICT JUDGE