FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 2 0 2015
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.

LUCAS PAEZ

    Defendant,

CASE NO.: 1:10CR02602-001MCA

## MOTION FOR SENTENCING MODIFICATION
## PURSUANT TO 18 U.S.C. SECTION 3582(C)(2)

LUCAS PAEZ (Defendant) moves this Court for an order modifing his sentence of incarceration and term of imprisonment pursuant to 18 U.S.C.§ 3582 (C)(2)" based on " the recent amended guidelines implemented by the United States Sentencing Commission pursuant to Amendment 782.

### BACKGROUND

The Defendant was indicted for violating 21 U.S.C § 846 on 06-18-2014. The controlled substance at issue was METHAMPHETAMINE, COCAINE The quantity of 500 GRAMS was used to calculate Defendant's sentence. Defendant was found guilty and sentenced to 97 months in prison. Defendant's statutory minimum is based upon 21 U.S.C. § 841 (b)(1) (__).

1

The District Court judgement was entered on __06-14-2014__.

**REASON FOR MOTION**

On __18 JULY 2014__ the Sentencing Commission issued an amendment to the drug quantity table at U.S.S.G. §2D1.1 reducing by two levels all guideline involving such quantity. These amendments were pursuant to 28 U.S.C. § 994(O).

The Supreme Court in **FREEMAN V. UNITED STATES, 131 S. Ct. 2685 (2010)** held:

> "§ 3582(C)(2) proceedings should be available to permit the District Court to revisit a prior sentence to whatever extent the sentencing range in question was a revelant part of the analytic framework the judge used to determine the sentence..."

ID at 2692-93

Base upon the Sentencing Commission's amendments, the Commission also directed Amendment __782__ be applied retroactively.

**THE COURT'S CONSIDERATION**

Defendant requests this Court reduce his otherwise final sentence from the guideline range previously set at __78__ to __97__ months to the more lenient range of __63__ to __78__ months.

The Defendant also asks this Court to take into consideration his conduct while in prison under 18 U.S.C. § 3553.

The defendant has attached evidence of his programming while in prison and would show he has learned his lesson and plans not

only never to offend again, but will also be a productive member of society upon his release from prison.

A description of the attachments to this motion are:

1)    See Atached Data Computation Sheet

2)    See Attached Skills and Development Sheet

3)    See Attached Custody Classification Sheet

4)    See Attached Two Point Reduction Letter

5)

6)

7)

The Defendant request this Court reduce his sentence from __97__ months to __63__ months.

### CONCLUSION

The defendant respectfully requests this Court to reduce his sentence under § 3582 (C)(2) to __63__ months.

Respectfully Submitted,

LUCAS PAEZ    *Lucas Paez*
Reg No. 58099-051
Federal Satellite Low, La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

3

## CERTIFICATE OF SERVICE

I hereby certify that on __14th Jan__, 2015, I mailed U.S. First Class the above motion to the clerk of Court,

United States Courthouse

333 Lomas Boulevard, NM, Suite 270

Albuquerque, NM 87102

I further certify that all parties to the above proceeding are registered ECF users and will recieve service of the above motion through the ECF System:

United States of America

_[signature]_
Server: LUCAS PAEZ
Number: 58099-051


## DECLARATION OF MAILING

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on __14 Jan__, 2015, I deposited the above motion in the U.S. Mailbox located inside FSL La Tuna.

_[signature]_
Declarant: LUCAS PAEZ
Number: 58099-051

4

## TWO POINT REDUCTION LETTER

## IN SUPPORT OF LUCAS PAEZ

I Lucas Paez am requesting this Honorable Court to consider a two-point reduction based on a 3582(c)(2) change in the law. I am a reformed inmate currently serving time at Federal Satellite Low La Tuna. I have been in good standing without incident. I have a very close relationship with my immediate family which consists of my two children, wife, parents, and grandmother. My two children are both female, aged 5 and 10. They currently live with my parents in Albuquerque, NM. It is very hard on my parents to raise the children since my father recently had a second back surgey and my mother was recently diagnosed with a brain tumor forcing her to resign from work. My grandmother is currently 91 years old and is also whom I was raised by, she is currently suffering from Alzheimer's my wife is in San Antonio, TX and has lost children due to her drug issues.

This two-point reduction would greatly reduce the time I am away from my family and allow me to resume my role as provider and father, as well as see my grandmother while she still recognizes me. I have a vast amount of programming including self paid correspondence courses in business and drug awarness through the Strafford Institute Business School, in total I have taken 10 classes and received honors. I have also taken a 2 year Bible study course through the church in Santa Fe, NM. All the while I have maintained a good working relationship with BOP staff as well as other inmates.

I am currently housed at a Satellite Low located on FT Bliss. I also have in my possession a letter from employer guaranteeing full time employment upon my release. Any consideration towards the reduction of my sentence would be greatly appreciated. Thank you in advance for your prompt attention to my situation.

Date: 14 JAN 2015

Very Respectfully,

LUCAS PAEZ
Number: 58099-051

REGNO..: 58099-051 NAME: PAEZ, LUCAS


FBI NO............: 649442FC6              DATE OF BIRTH: 12-29-1981  AGE:   32
ARS1..............: LAT/A-DES
UNIT..............: S-1                    QUARTERS.....: S03-130U
DETAINERS.........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 04-04-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-04-2018 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: NEW MEXICO
DOCKET NUMBER....................: 1:10CR02602-001MCA
JUDGE............................: ARMIJO
DATE SENTENCED/PROBATION IMPOSED: 06-18-2014
DATE COMMITTED...................: 08-21-2014
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE 500 GRAMS AND MORE OF A
         MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF
         METHAMPHETAMINE, 21:841(B)(1)(A); 21:846 CONSPIRACY TO
         DISTRIBUTE COCAINE, 21:841(B)(1)(C)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     97 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 08-17-2010




G0002        MORE PAGES TO FOLLOW . . .

REGNO..: 58099-051 NAME: PAEZ, LUCAS


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-01-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-26-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-18-2014
TOTAL TERM IN EFFECT............:    97 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 08-17-2010

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   08-17-2010   08-19-2010
                                   11-30-2010   05-05-2011
                                   02-27-2012   06-17-2014

TOTAL PRIOR CREDIT TIME.........: 1002
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 380
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 10-04-2018
EXPIRATION FULL TERM DATE.......: 10-19-2019
TIME SERVED.....................:     2 YEARS    11 MONTHS     24 DAYS
PERCENTAGE OF FULL TERM SERVED..:  36.8

PROJECTED SATISFACTION DATE.....: 10-04-2018
PROJECTED SATISFACTION METHOD...: GCT REL




G0000      TRANSACTION SUCCESSFULLY COMPLETED

```
   LATAW   606.00  *      MALE CUSTODY CLASSIFICATION FORM       *      01-13-2015
PAGE 001 OF 001                                                          09:26:55
                              (A) IDENTIFYING DATA
REG NO..: 58099-051          FORM DATE: 11-06-2014          ORG: LAT
NAME....: PAEZ, LUCAS
                                      MGTV: GRTR SECU
PUB SFTY: NONE                        MVED: 07-31-2016
                              (B) BASE SCORING
DETAINER: (0) NONE                SEVERITY.......: (3) MODERATE
MOS REL.: 46                      CRIM HIST SCORE: (02) 2 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                 AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%       PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE     TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +10  +17    -1         +9         MINIMUM        LOW           IN     DECREASE


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
REGISTER NO: 58099-051     NAME..: PAEZ                    FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: LAT-LA TUNA FCI
```

--------------------------- EDUCATION INFORMATION ---------------------------

```
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LAT  ESL HAS    ENGLISH PROFICIENT          08-25-2014 0754 CURRENT
LAT  GED HAS    COMPLETED GED OR HS DIPLOMA 08-25-2014 0754 CURRENT
```

---------------------------- EDUCATION COURSES -----------------------------

```
SUB-FACL   DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
LAT FSL    MICROSOFT CLASS 12:30P-02:30P    09-15-2014  CURRENT
LAT FSL    FSL CAREER GUIDANCE CLASS        11-20-2014  12-18-2014  P   C  P    8
LAT FSL    FSL SMALL BUSINESS               10-15-2014  12-17-2014  P   C  P   10
LAT FSL    BASIC OIL PAINT 1                09-22-2014  11-17-2014  P   C  P   11
LAT FSL    FSL TODDLER PARENTING CLASS      10-15-2014  11-06-2014  P   C  P   20
LAT FSL    RPP ORIENTATION                  08-28-2014  08-28-2014  P   C  P    1
```

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

REG NO..: 58099-051 NAME....: PAEZ, LUCAS
CATEGORY: DRG       FUNCTION: DIS       FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| LAT | DAP WAIT   | RESIDENT DRUG TRMT WAITING  | 11-10-2014 1158 | CURRENT |
| LAT | ED PART R  | DRUG EDUCATION PARTICIPNT-REQD | 11-18-2014 1345 | CURRENT |
| LAT | ELIGIBLE   | 18 USC 3621 RELEASE ELIGIBLE | 12-15-2014 1508 | CURRENT |
| LAT | ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 08-26-2014 0937 | 11-18-2014 1345 |
| LAT | DAP DIAG   | DRUG ABUSE DIAGNOSIS PENDING | 10-15-2014 1507 | 11-10-2014 1158 |
| LAT | DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 09-19-2014 0817 | 10-15-2014 1507 |
| LAT | DAP REFER  | DRUG ABUSE PROGRAM REFER    | 08-29-2014 0853 | 09-19-2014 0817 |

G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

58099-051

U S C H Clerk
333 Lomas BLVD NE
Suite 270
Albuquerque, NM 87102
United States

7000 1670 0009 4293 3106

CERTIFIED MAIL