# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Lucas Paez |
| Docket Number: | 1084 1:10CR02602 -001JAP |
| Assigned Judge: | Honorable James A. Parker, Senior United States District Judge |
| Date of Original Sentence: | 06/18/2014 |
| Original Offense: | 21 U.S.C. 846 and 21 U.S.C. 841(b)(1)(A): Conspiracy to Distribute of 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; 21 U.S.C. 846 and 21 U.S.C. 841(b)(1)(C): Conspiracy to Distribute Cocaine |
| Original Sentence: | BOP: 97 months; TSR:5 years |
| Date Supervision Commenced: | 05/26/2017 |
| Date Supervision Expires: | 05/25/2022 |
| Other Court Action: | None. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Robert C. Sanchez, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | The defendant shall not commit another federal, state, or local crime. |
| | On August 7, 2018, the defendant, Lucas Paez, was arrested as a result of an operation during which federal agents purchased approximately 965 grams of methamphetamine. The defendant was subsequently charged in United States District Court for the District of New Mexico Case Number 1:18MJ02574 with Possession With Intent To Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. § 846, and Aiding and Abetting in violation of 18 U.S.C. § 2. |
| MC | The defendant shall not unlawfully possess a controlled substance. |
| | On August 7, 2018, the defendant, Lucas Paez, was arrested by federal agents as a result of an operation during which agents purchased approximately 965 grams of methamphetamine. During the operation, the defendant possessed and subsequently transferred methamphetamine to another individual. Subsequent to his arrest and being advised of his Miranda rights, the defendant admitted to agents he had obtained the methamphetamine from his source of supply, and subsequently provided the methamphetamine to another individual. |

The maximum statutory penalty: 5 years imprisonment; 5 years supervised release.
The revocation range of imprisonment: 27 to 33 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 08/08/2018.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|
| *Robert C. Sanchez* (signature) | | |
| Robert C. Sanchez | Jack Burkhead | |
| U.S. Probation Officer | (505) 346-7274 | |
| (505) 348-2665 | Assistant U.S. Attorney | |

Date: 08/08/2018