# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 10-2602 JAP | UNITED STATES vs. Paez | |
| Hearing Date: | 8/9/2018 | Time In and Out: | 10:35-10:37 / 2 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Lucas Paez | Defendant's Counsel: | Roman Romero |
| AUSA | Kris Houghton | Pretrial/Probation: | Robert Sanchez |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain  ☐ Government does not recommend detention
- ☒ Set for Preliminary Revocation/Detention Hearing — on August 13, 2018 @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant waives Preliminary hearing
- ☐ Court finds probable cause  ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending
- ☐ Conditions

## Other

- ☐ Matter referred to ____ for final revocation hearing
- ☒ Mr. Romero requests hearing be rescheduled for Monday, August 13, 2018; Request granted