# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary hearing

| Case Number: | CR 10-2602 JAP & 18-mj-2574 | UNITED STATES vs. Paez | |
|---|---|---|---|
| Hearing Date: | 8/14/2018 | Time In and Out: | 11:09-11:45 / 36 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Lucas Paez | Defendant's Counsel: | Roman Romero |
| AUSA | Kris Houghton | Pretrial/Probation: | n/a |
| Interpreter: | N/A | | |

| Proceedings |
|---|
| Mr. Romero requests a continuance; Government objects; Court denies requests; Mr. Houghton calls ATF Special Agent Derek Wright-sworn-direct; Mr. Romero-cross examination; Witness excused; Mr. Houghton calls U.S. Probation Officer Shane Johnson-sworn-direct; Exhibit 1 admitted; Mr. Romero-cross examination; Witness excused; Nothing further from either party; Court finds probable cause for both the Petition in CR 10-2602 and the Complaint in 18-mj-2574. |

| Custody Status | | |
|---|---|---|
| ☒ | Defendant previously detained | |
| ☐ | Conditions | |

| Other Ruling | |
|---|---|
| ☒ | Exhibit returned; Matter in CR 10-2602 referred to District Judge for final revocation. |