IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                             NO. 10-CR-2602 JAP

LUCAS PAEZ,

        Defendant.

## DEFENDANT LUCAS PAEZ'S UNOPPOSED MOTION
## FOR SUBSTITUTION OF COUNSEL

COMES NOW Lucas Paez, by and through Erlinda O. Johnson, Esq., and hereby respectfully moves this Court for an order allowing attorney Erlinda Johnson to substitute attorney Roman Romero, and as reasons therefore submits the following:

1. On August 7, 2018, Mr. Paez was arrested pursuant to a complaint charging conspiracy to distribute methamphetamine and distribution of methamphetamine. That arrest led to the filing of a petition to revoke supervised release in the above captioned cause.

2. On August 8, 2018, Attorney Roman Romero was appointed to represent Mr. Paez.

3. Counsel Erlinda Ocampo Johnson was retained to represent Mr. Paez on the new case as well as the petition to revoke supervised release in the above captioned cause.

4. Undersigned counsel has been in contact with AUSA, Kristopher Houghton who advised that he does not object to this motion to substitute counsel.

5. Undersigned counsel has been in contact with Attorney Roman Romero who advised he does not object to undersigned counsel's substitution of counsel motion.

Wherefore, for the foregoing reasons, Mr. Paez, requests this Court issue an order substituting attorney Erlinda O. Johnson, for Roman Romero, Esq.

Respectfully Submitted,

electronically filed on  11/19/18
Erlinda O. Johnson
Attorney at Law
620 Roma Ave., NW
Albuquerque  NM  87102
505/792-4048
505/792-2268
Email: erlindajohnsonlaw@comcast.net

I hereby certify that a true and correct
Copy of the foregoing was e-mailed via
CM-ECF to Counsel for the government
and Roman Romero, on this
19th day of November, 2018.

_____/s/_____
Erlinda O. Johnson